VICKI E. CODY, Bar #157842
Attorney At Law
P.O. Box 189685
Sacramento, California 95818
Telephone: (916) 442-1468
Facsimile: (916) 442-1963

Attorney for Defendant
ERASTO SOLIS-FERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-04-0369 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **AMENDED STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS HEARING** |
| ERASTO SOLIS-FERNANDEZ, ) | |
| ) | Date:  June 24, 2005 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

　　　ERASTO SOLIS-FERNANDEZ, by and through his counsel, VICKI E. CODY and the United States Government, by and through its counsel, JASON HITT, Asst. U.S. Attorney, hereby agree to continue the status hearing set for April 29, 2005, to June 24, 2005, at 9:00 a.m.

　　　This continuance is requested to permit the defense to continue its investigation into possible defenses to the charges.  In addition, the parties seek additional time to work on settlement options in light of recent Supreme Court decisions.

\\\

\\\

The parties further agree and stipulate that time should be excluded from calculation under the Speedy Trial Act (18 U.S.C. § 3161 et seq.) for the following reason: time for counsel to prepare (Local Code T4).  Accordingly time is excluded under 18 U.S.C. § 3161(h)(8)(iv)(Local Code T4), from April 29, 2005, through and including June 24, 2005.  Mr. Solis-Fernandez is in custody and consents to this stipulation.

    IT IS SO STIPULATED.

Dated: April 29, 2005
                                    Respectfully submitted,

                                    /s/ Signature on file w/CODY
                                    VICKI E. CODY
                                    Attorney for Defendant
                                    ERASTO SOLIS-FERNANDEZ

Dated: April 29, 2005
                                    McGREGOR W. SCOTT
                                    UNITED STATES ATTORNEY

                                    /s/ Signature on file w/CODY
                                    JASON HITT
                                    Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  May 5, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge