```
VICKI E. CODY, Bar #157842
Attorney At Law
P.O. Box 189685
Sacramento, California 95818
Telephone: (916) 442-1468
Facsimile: (916) 442-1963

Attorney for Defendant
ERASTO SOLIS-FERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>                Plaintiff,          )<br>                                   )<br>     v.                            )<br>                                   )<br> ERASTO SOLIS-FERNANDEZ,           )<br>                                   )<br>                Defendant.         )<br>                                   )<br> _____   ) | NO. CR-S-04-0369<br><br>**STIPULATION AND ORDER CONTINUING STATUS HEARING**<br><br>Date:  September 16, 2005<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

    ERASTO SOLIS-FERNANDEZ, by and through his counsel, VICKI E. CODY and the United States Government, by and through its counsel, JASON HITT, and MICHAEL BECKWITH, Asst. U.S. Attorneys, hereby agree to continue the status hearing set for June 24, 2005, to September 16, 2005, at 9:00 a.m.

    This continuance is requested to permit the defense to continue its investigation into possible defenses to the charges. In addition, the parties seek additional time to work on settlement options in light of recent Supreme Court decisions.

\\\

1    The parties further agree and stipulate that time should be
2 excluded from calculation under the Speedy Trial Act (18 U.S.C. § 3161
3 et seq.) for the following reason: time for counsel to prepare (Local
4 Code T4).  Accordingly time is excluded under 18 U.S.C. §
5 3161(h)(8)(iv)(Local Code T4), from June 24, 2005, to and including
6 September 16, 2005.  Mr. Solis-Fernandez is in custody and consents to
7 this stipulation.

9    IT IS SO STIPULATED.

Dated: August 1, 2005
                              Respectfully submitted,

                              /s/ Signature on file w/CODY
                              VICKI E. CODY
                              Attorney for Defendant
                              ERASTO SOLIS-FERNANDEZ

Dated: August 1, 2005
                              McGREGOR W. SCOTT
                              UNITED STATES ATTORNEY

                              /s/ Signature on file w/CODY
                              JASON HITT
                              Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATED:  August 2, 2005
nunc pro tunc
                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge

2